1  LEWIS BRISBOIS BISGAARD & SMITH LLP
   JON E. HOKANSON, SB# 118829
2    E-Mail: hokanson@lbbslaw.com
   DANIEL R. LEWIS, SB# 260106
3    E-Mail: drlewis@lbbslaw.com
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California 90012
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900

6  *Attorneys for Plaintiffs* EFORCITY
   CORPORATION, ACCSTATION INC.
7  ITRIMMING INC. AND
   EVERYDAYSOURCE INC.

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                           WESTERN DIVISION
11

12 EFORCITY CORPORATION, a           Case No. CV11-00808 SVW (FMOx)
   California corporation; ACCSTATION
13 INC., a California corporation;
   ITRIMMING INC., a California       THE EFORCITY PLAINTIFFS'
14 corporation; EVERYDAYSOURCE        NOTICE OF INTERESTED
   INC., a California corporation;    PARTIES
15
              Plaintiffs,
16
         v.
17
   APPLE INC., a California corporation,
18         Defendant.

19

20 TO THE COURT AND TO PARTIES AND THEIR ATTORNEYS OF
21 RECORD:
22 The undersigned, counsel of record for EFORCITY CORPORATION, ACCSTATION
23 INC. ITRIMMING INC. AND EVERYDAYSOURCE INC. ("The eForCity
24 Plaintiffs") certifies that the following listed parties may have a pecuniary interest in
25 the outcome of this case.
26         1.    eForCity (Plaintiff)
27         2.    ACCSTATION (Plaintiff)
28         3.    ITRIMMING (Plaintiff)

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4815-2861-1080.1                          1
            THE EFORCITY PLAINTIFFS' NOTICE OF INTERESTED PARTIES

1.     4.    EVERYDAYSOURCE (Plaintiff)
2.     5.    APPLE INC. (Defendant)

DATED: January 26, 2011    LEWIS BRISBOIS BISGAARD & SMITH LLP

By: /s/ Jon E. Hokanson
    JON E. HOKANSON
    Attorneys for Plaintiffs EFORCITY
    CORPORATION, ACCSTATION INC.,
    ITRIMMING INC. AND
    EVERYDAYSOURCE INC.