1  **LEWIS BRISBOIS BISGAARD & SMITH LLP**
   JON E. HOKANSON, SB# 118829
2     E-Mail: hokanson@lbbslaw.com
   DANIEL R. LEWIS, SB# 260106
3     E-Mail: drlewis@lbbslaw.com
   221 North Figueroa Street, Suite 1200
4  Los Angeles, California  90012
   Telephone: 213.250.1800
5  Facsimile: 213.250.7900
   *Attorneys for Plaintiffs* EFORCITY
6  CORPORATION, ACCSTATION INC.
   ITRIMMING INC. AND
7  EVERYDAYSOURCE INC.

8  **KILPATRICK TOWNSEND & STOCKTON LLP**
   THEODORE T. HERHOLD (State Bar No. 122895)
9  ANDREW T. OLIVER (State Bar No. 226098)
   ROBERT D. TADLOCK (State Bar No. 238479)
10 1080 Marsh Road
11 Menlo Park, CA  94025
   Tel.:  (650) 326-2400
12 Fax:  (650) 326-2422
   Email:
13   therhold@kilpatricktownsend.com
14   aoliver@kilpatricktownsend.com
     rtadlock@kilpatricktownsend.com
15
   *Attorneys for Defendant* Apple, Inc.
16

17              **UNITED STATES DISTRICT COURT**

18              **CENTRAL DISTRICT OF CALIFORNIA**

19                    **WESTERN DIVISION**

20 | EFORCITY CORPORATION, a | Case No. CV11-0808 SVW (FMOx)
   | California corporation; ACCSTATION | *Hon. Stephen V. Wilson*
21 | INC., a California corporation; |
   | ITRIMMING INC., a California | **[PROPOSED] ORDER DISMISSING**
22 | corporation; EVERYDAYSOURCE | **ENTIRE ACTION WITH**
   | INC., a California corporation; | **PREJUDICE**
23 |
   |             Plaintiffs, |
24 |                          | FAC served:  March 24, 2011
   |        v.                | **SAC filed: August 18, 2011**
25 |
   | APPLE INC.,  a California corporation, |
26 |
   |             Defendant. |
27

28

1    Pursuant to the stipulation of the parties, the above referenced action is hereby

2  dismissed with prejudice.  Each party to bear its own attorney fees and costs.

3

4

5  Dated: _____  SEP 2 8 2011

6    _____

7    Hon. Stephen V. Wilson
     United States District Judge

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4852-2044-4170.1                                    2

[PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE